People v Banks (2025 NY Slip Op 05167)

People v Banks

2025 NY Slip Op 05167

Decided on September 25, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: September 25, 2025

Before: Scarpulla, J.P., Friedman, González, Shulman, Rosado, JJ. 

Ind. No. 00892/21|Appeal No. 4753|Case No. 2023-00410|

[*1]The People of The State of New York, Respondent,
v
Reginald Banks, Defendant-Appellant.

Twyla Carter, The Legal Aid Society, New York (Xhesi Hysi of counsel), for appellant.
Alvin L. Bragg, Jr., District Attorney, New York (Mallory Phelps of counsel), for respondent.

An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Neil Ross, J.), rendered November 7, 2022,
Said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive,
It is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed.
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: September 25, 2025
Counsel for appellant is referred to § 606.5, Rules of the Appellate Division, First Department.